AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**DEEL SZEKLINSKI,**

              Plaintiff,

      V.                         CASE NUMBER: **07-C-222**

**WILLIAM T. NEARY and Spouse (Jane Doe I),
United States Trustee,
MARY KAY McSHERRY and Spouse (John Doe II),
Bankruptcy Analyst,
DAVID W. ASBACH and Spouse (Jane Doe III),
Assistant United States Trustee, and
CRAIG CONNER and Spouse (Jane Doe IV),
private individual,**

              Defendants.

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that plaintiff's petition to proceed** *in forma pauperis* **is DENIED.**

**This action is hereby DISMISSED in its entirety.**

| | |
|---|---|
| **March 13, 2007** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |